### REGINALD HARRIS *v.* COMMISSIONER OF CORRECTION

The petitioner Reginald Harris' petition for certification for appeal from the Appellate Court, 107 Conn. App. 833 (AC 28282), is denied.

*Christopher M. Neary*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, senior assistant state's attorney, in opposition.

Decided July 9, 2008

---

### MIGUEL HERNANDEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Miguel Hernandez' petition for certification for appeal from the Appellate Court, 107 Conn. App. 754 (AC 28431), is denied.

*Christopher M. Neary*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided July 9, 2008